FILED
NOV 0 2 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 3: 18-mj-3225-DGW |
| Plaintiff, ) | |
| ) | |
| vs. ) | Title 18, United States Code, |
| ) | Sections 2252(a)(2)(B) |
| JACE A. FAUGNO, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Special Agent Tyrone Forte of the Federal Bureau of Investigation, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about September 30, 2018, in St. Clair County, Illinois, which is within the Southern District of Illinois,

### JACE A. FAUGNO,

defendant herein, did knowingly distribute visual depictions containing child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), including, but not limited to, the following: video file 767657f1-ca59-46b3-a964-b951_1b551111, which depicts an adult male anally penetrating a nude prepubescent female approximately 7-9 years old, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b).

## COUNT 2

**DISTRIBUTION OF CHILD PORNOGRAPHY**

On or about October 5, 2018, in St. Clair County, Illinois, which is within the Southern District of Illinois,

### JACE A. FAUGNO,

defendant herein, did knowingly distribute visual depictions containing child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), including, but not limited to, the following: video file 767657f1-ca59-46b3-a964-b951_1b551111, which depicts an adult male anally penetrating a nude prepubescent female approximately 8-10 years old, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b).

## AFFIDAVIT

Affiant is a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the FBI's Springfield Division, Fairview Heights Resident Agency, in Fairview Heights, Illinois. Affiant has been so assigned for approximately twenty-seven (27) years. During the last seventeen (17) years, Affiant has primarily investigated matters involving Violent Crimes Against Children, to include the sexual exploitation and abuse of children, particularly regarding the illegal trafficking and transportation of minors for illegal sex acts and prostitution, and the production, distribution, receipt, and possession of child pornography involving the internet. I have worked on or assisted in over 250 cases involving sex trafficking, child pornography trading, distribution, and manufacturing.

This investigation was initiated by an FBI undercover operation on the Kik messaging application. Kik is a mobile messaging application that can be accessed through Android and

Apple operating systems. On September 30, 2018, Kik user HillyEricHomie sent a video of child pornography to Special Agent Damon Bateson, an FBI undercover agent with the Portland, Oregon field office. This video showed an adult male having anal sex with a female minor, who appeared approximately seven to nine years of age. On October 1, 2018, SA Bateson completed an emergency disclosure request to Kik for IP addresses that were used by the Kik user HillyEricHomie. The emergency disclosure revealed the IP address associated to KIK user HillyEricHomie was 75.132.218.135. A search of https://whatismyipaddress.com disclosed IP Address 75.132.218.135 was registered to Spectrum which is a subsidiary of Charter Communications. On October 1, 2018, SA Bateson contacted the internet provider Charter Communications who disclosed the IP address 75.132.218.135 belonged to Fire Station Three, Bldg 3901, SAFB, IL.

On October 2, 2018, SA Bateson received a complete list of the IP addresses that were used by the Kik user HillyEricHomie to communicate with the FBI undercover agent. The emergency disclosure SA Bateson requested listed multiple IP addresses, to include 75.132.218.135 and 24.217.49.249.

On October 3, 2018, SA Tyrone Forte, FBI, Fairview Heights, IL subpoenaed Charter Communications for all subscriber information associated with IP Addresses 75.132.218.135 and 24.217.49.249. Charter Communications provided the following subscriber information: IP addresses 24.217.49.249 belonged to JACE FAUGNO, 5315 Savoy Ct Apt 202, St. Louis, MO. IP addresses 75.132.218.135 was registered to Fire Station Three Bldg 3901, SAFB, IL where Faugno worked.

A search of the Department of Defense Personnel System (DPS) for information identifiable with Jace Faugno disclosed the social security number for Jace Faugno. Faugno was

also listed as a firefighter at Scott Air Force Base. A search of Lexis Nexis using Faugno's social security number listed 5315 Savoy Ct Apt 202, St. Louis, MO as his current residence.

On October 4, 2018, SA Bateson introduced Kik user name EricHillyHomie to an undercover agent with Air Force Office of Special Investigation ("AFOSI"). All three parties began conversing on Kik. On October 5 2018, Kik user HillyEricHomie sent a known video of child pornography to Special Agent Maynard Depew, the undercover AFOSI agent. This video showed an adult male having anal sex with a child, who appeared approximately seven to nine years of age. During Kik chats, Faugno disclosed to both undercover agents that he molested his ex-wife's nine year old daughter. Faugno wanted to meet the undercover agents to have sex with their daughters. Faugno stated he was willing to meet with SA Depew and his ten year old daughter, but declined when SA Depew would not send Faugno photos of the child.

On November 2, 2018, Faugno was interviewed by SA Forte and AFOSI SA Douglas Wolbeck. After being Mirandized, Faugno admitted to being the individual using the Kik username of HillyEricHomie. Faugno admitted to sending the child pornography video to both SA Batesman and SA Depew. Faugno further admitted to engaging in conversations with both undercover agents regarding the possibility of having sexual intercourse with their believed-to be minor daughters.

Jace Faugno was at his place of employment at Fire Station Three Bldg 3901 at Scott Air Force Base in the Southern District of Illinois on the dates that he distributed the child pornography videos to the undercover agents.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Tyrone Forte, Special Agent

4

Federal Bureau of Investigation

State of Illinois        )
                         ) SS
County of St. Clair      )

Sworn to before me and subscribed in my presence on the 2nd day of November 2018, at East St. Louis, Illinois.

Donald G. Wilkerson
United State Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

Christopher R. Hoell
Assistant United States Attorney

5