# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

US vs. Faugro

FOR
AT

**FILED**
NOV 0 2 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Jacc A Faugro

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

18 USC 2252(a)(2)(B)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: USAF
IF YES, how much do you earn per month? $ 3200
IF NO, give month and year of last employment
How much did you earn per month $

If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____
SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ ~1400

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE $ ~9k / <2000
DESCRIPTION 09 Infinity (owes 14k) / retirement acct - can't access until certain age

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: 5315 Savoy - rent | $ | $ 875/mo |
| elec | $ | $ 100/mo |
| cell phone | $ | $ 184/mo |
| credit card | $ 4400 | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]   9-2-18

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH