UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:18-MJ-03225-DGW-1 |
| vs. ) | |
| ) | |
| JACE A. FAUGNO, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE PROBABLE CAUSE AND DETENTION HEARING**

Comes now attorney Mark A. Hammer ("counsel"), and hereby moves for a continuance of the probable cause and detention hearing in this matter, currently set for November 6, 2018 at 10:30 am until November 16, 2018 at 10:00 am. This motion is made on the following grounds:

1. The defendant understands that he is entitled to a timely probable cause hearing and waives that requirement until November 16. He asks that his probable cause hearing and his detention hearing be continued until November 16.

2. The Government has no objection to the proposed continuance.

For these reasons, Counsel is respectfully requesting that the hearings currently scheduled for November 6, 2018 be continued until Friday, November 16, 2018 at 10:00 am.

Respectfully submitted,

/s/ Mark A. Hammer
_____
Mark A. Hammer, Missouri Bar # 61542
The Hammer Law Firm, LLC
100 Chesterfield Bus. Pkwy Suite 200
Chesterfield, MO 63005
314-651-9311

## CERTIFICATE OF SERVICE

I certify that, on November 5, 2018, a copy of this document was electronically filed with the Clerk of Court, and served on all counsel of record, by the CM-ECF system.

/s/ Michelle Deubler
_____